UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DANNY GORDILS,

    Plaintiff,

v.                                                      No. 1:22-cv-00412-JCH/JHR

JOHN DOE and JANE DOE, DENTIST,
WEXFORD HEALTH SOURCES INC.,
ALISHA TAFOYA LUCERO, CABINET
SECRETARY FOR THE NEW MEXICO
CORRECTIONS DEPARTMENT,

    Defendants.

## ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS MATTER came before the Court on the Motion of Wexford Health Sources, Inc. for Withdrawal and Substitution of Counsel. The Court, being fully advised, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the law firm of Park & Associates, LLC is substituted as counsel of record for Wexford Health Sources, Inc. and all further correspondence, notifications and pleadings concerning the case should be directed to counsel at the following address:

Celina C. Hoffman
Alfred A. Park
Park & Associates, LLC
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
cbacahoffman@parklawnm.com
apark@parklawnm.com

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the law firm of Cassiday Schade, LLP is permitted to withdraw as counsel for Wexford Health Sources, Inc.

IT IS SO ORDERED.

_____
HON. JERRY H. RITTER


PREPARED BY:


PARK & ASSOCIATES, LLC

By: _/s/ Celina C. Hoffman_____
Celina C. Hoffman
Alfred A. Park
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
*Counsel for Ardith Allcorn, H.S.A.*
*and Mary James*


APPROVED BY:


By: _Sandra L Byrd_____
Sandra L. Byrd
CASSIDAY SCHADE LLP
222 W. Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
sbyrd@cassiday.com